

IN THE
TENTH COURT OF APPEALS

No. 10-07-00135-CR

TRENT ARCHIE,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 12th District Court
Walker County, Texas
Trial Court No. 22768

## O R D E R

Trent Archie was convicted of murder and sentenced to 40 years in prison. TEX. PENAL CODE ANN. § 19.02 (West 2011). Eventually, his appeal was dismissed because he had escaped from custody pending his appeal. *See* TEX. R. APP. P. 42.4; *Archie v. State*, 377 S.W.3d 29 (Tex. App.—Waco 2011, no pet.).

Archie has been attempting to obtain a free copy of his trial record from us for use in a post-conviction writ of habeas corpus. In our last order, dated October 24, 2013, we tried to explain why we have no jurisdiction to grant his request for a free record.

We are not the court that can provide him a free copy of the record. Archie now presents a "Motion to Reconsider Request for Free Transcript and Request for Free Appellate Record." Even if it was a timely filed motion for rehearing of our prior order, we have no jurisdiction to grant him the relief requested. Archie's motion to reconsider is dismissed.

**We will not respond to future requests of the same type.**


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed
Order issued and filed December 5, 2013